UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  　　　　　　　　　　　　　　CASE NO. 96-~~45280~~-H1-13

PAUL JAMES BUCHANAN  　　　　　　　CHAPTER 13

DEBTOR.

## ORDER CONVERTING CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7 ON MOTION BY A PARTY IN INTEREST

Came on for consideration Debtor's Motion to Convert chapter 13 case to a chapter 7. Upon evidence presented to the Court, it is hereby

ORDERED that the case of PAUL JAMES BUCHANAN is converted from a chapter 13 to a chapter 7.

DATED: SEP 17 1996

_____
UNITED STATES BANKRUPTCY JUDGE